UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDER SERVICES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-0636 (RC) |
| ) | |
| U.S. CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff Defender Services Inc. and Defendant United States Citizenship and Immigration Services, by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. This resolves all claims in the action.

Dated: August 10, 2020    Respectfully submitted,

/s/ *Michael E. Piston* (by permission)
Michael E. Piston MI 002
225 Broadway, Suite 307
New York, NY 10007
Telephone: (212) 646-9895
Facsimile: (206) 770-6350
michaelpiston4@gmail.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: ___/s/ *Paul Cirino*___
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
Facsimile:  (202) 252-2599
paul.cirino@usdoj.gov

*Counsel for Defendant*